THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CRYSTAL M. WALDEN, Appellant. [919 NYS2d 419]—

Present—Centra, J.P., Fahey, Carni, Green and Gorski, JJ.